UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,            )
                                     )   Case No. MC17-0048RSL
              Plaintiff,             )
       v.                            )
                                     )   ORDER
RODNEY LEE BURNS,                    )
                                     )
              Defendant/Judgment Debtor, )
                                     )
       v.                            )
                                     )
AREVA NP INC.,                       )
                                     )
              Garnishee.             )
_____)

This matter comes before the Court on defendant/judgment debtor's request for a hearing in the above-captioned garnishment action. Dkt. # 7. In light of defendant/judgment debtor's objections, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation. Pursuant to 28 U.S.C. § 3202(d) and § 3205(c)(5), the requested hearing is to be held as soon as practicable. The Writ of Garnishment shall remain in effect during the pendency of this action, but judgment shall not be entered absent further order of the Court.

Dated this 7th day of June, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER